THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. MARY GARDOWSKI, PLAINTIFF IN ERROR.

Argued May 17, 1928—Decided June 22, 1928.

For the plaintiff in error, *William Reich.*

For the defendant in error, *George M. Hillman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, MINTURN, KATZENBACH, WHITE, VAN BUSKIRK, McGLENNON, KAYS, DEAR, JJ. 9.

*For reversal*—None.